## Anderson v. The State.

APPEAL from the Circuit Court of Covington.
Tried before the Hon. JOHN P. HUBBARD.

No counsel marked as appearing for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant was indicted and tried for the murder of John McNeil, was convicted of murder in the first degree, and sentenced to the penitentiary for life.

The judgment of conviction is affirmed.

Opinion by TYSON, J.

## Wells v. Smith.

APPEAL from Circuit Court of Jefferson.
Tried before the Hon. A. A. COLEMAN.

JOHN W. CHAMBLEE, for appellant.

CHARLES B. POWELL, for appellee.

This action was brought by the appellant against the appellee; and counted upon a promissory note.

From a judgment in favor of the defendant the plaintiff appeals.

The judgment is affirmed.

Opinion by DOWDELL, J.